UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DARIN RUF,**

      **Plaintiff,**

  v.                              OUR CIVIL NUMBER: 1:25-cv-424
                                    Your Case Number: A 2502605

**THE CINCINNATI REDS,**

      **Defendant,**

## NOTICE

TO THE CLERK OF: <u>HAMILTON COUNTY COMMON PLEAS COURT</u>

Effective on January 23, 2026, this case is hereby **REMANDED** to your Court for further proceedings.

A certified copy of the order of remand is enclosed for your records.

RICHARD W. NAGEL, CLERK

By:   <u>*s/Scott M. Lang*</u>
         Deputy Clerk

Dated:   <u>January 23, 2026</u>