UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DARIN RUF,** | : | Case No. 1:25-cv-00424 |
| **Plaintiff,** | : | |
| | : | Judge Douglas R. Cole |
| vs. | : | |
| **THE CINCINNATI REDS, LLC** | : | |
| **Defendant.** | : | |

## VERIFIED STATEMENT OF ATTORNEY FEES AND EXPENSES OF PLAINTIFF

Plaintiff has been represented throughout this case by Tad Thomas and Alexander K. Ernst of Thomas Law Offices, PLLC, and Christopher Goode of Goode Law Office, PLLC.

Alexander K. Ernst swears and avers that he has, at a minimum, worked the hours described below working on this case. These hours do not include all the time Plaintiff's attorneys have worked responding to emails, communicating with the client, or researching cases and laws applicable to this case. These hours also do not include the time paralegals have spent on this case. However, the hours listed below represent the minimum time Mr. Ernst has worked on this case. The total for his time, if hourly rates of $350 per hour for Mr. Ernst are used, equals the total attorney fees for this case to date of $7,350.00.

| | |
|---|---|
| Preparation and filing of motion to remand | AE 9.0 |
| Preparation and filing of reply in support of motion to remand | AE 12.0 |
| TOTALS | AE 21.0 |

1

## VERIFICATION

I, Alexander K. Ernst, swear that the hours above were worked, at a minimum, on the above case and that my rate of $350.00 is appropriate as a minimum hourly rate based on my experience.

_____
Alexander K. Ernst

Sworn to before me and subscribed in my presence this 6th day of February, 2026.

Charles Fasterling
Notary Public, State of Ohio
My Commission Expires:
March 23, 2030

_____
Notary

My commission expires: 3/23/2030

2